

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00553-CV

| | | |
|---|---|---|
| ZILLOW, INC. AND ZILLOW GROUP, INC., Appellants | § | On Appeal from the 271st District Court |
| | § | of Wise County (CV24-05-398) |
| V. | | |
| | § | May 15, 2025 |
| BMB DEVELOPMENT, LLC, MICHAEL BENSON, AND BRADINA BENSON, Appellees | | |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying Appellants Zillow, Inc. and Zillow Group, Inc.'s TCPA motion to dismiss. It is ordered that the trial court's order is affirmed, and we remand this cause for further proceedings consistent with this opinion.

It is further ordered that Appellants Zillow, Inc. and Zillow Group, Inc. must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr